IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOUGLAS EDWARD BITNER**                                                **PETITIONER**
**ADC #109995**

**V.**                        **CASE NO. 4:18-CV-913-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                    **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 24th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE